No. 990. EMANUEL BOOKBINDER *v.* UNITED STATES. April 30, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.

*Mr. A. Mitchell Palmer* and *Mr. Frank Davis, Jr.,* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.